UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No. 18-cv-03333-SI<br><br>**ORDER DIRECTING PLAINTIFF TO COMPLY WITH THE NORTHERN DISTRICT'S CLASS ACTION SETTLEMENT GUIDANCE AND CONTINUING MOTION FOR PRELIMINARY APPROVAL TO MARCH 3, 2022, AT 11 AM**<br><br>Re: Dkt. No. 144 |

Plaintiff's motion for preliminary approval of class settlement is scheduled for hearing on February 4, 2022. The Court has reviewed the motion and concludes that it does not comply with the Northern District of California's Class Action Settlement Guidance, found at https://cand.uscourts.gov/forms/procedural-guidance-for-class-action-settlements/.

The Court directs the parties to review that guidance, and directs plaintiff to refile the motion and supporting papers in compliance with that guidance no later than **February 16**. The hearing on the motion for preliminary approval is rescheduled to **March 3, 2022, at 11 am.**

**IT IS SO ORDERED**.

Dated: January 27, 2022

_____
SUSAN ILLSTON
United States District Judge