UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. 18-cv-03333-SI<br><br>**ORDER DIRECTING RESPONSE TO LETTERS REGARDING SETTLEMENT WEBSITE**<br><br>Re: Dkt. Nos. 160, 161 |

The Court has received two letters, Dkt. Nos. 160 and 161, from individuals who state that they have been unable to locate the settlement website to obtain information about the proposed class action settlement.

The Court directs the parties to file a response addressing the issues raised by those letters no later than **July 15, 2022**.

**IT IS SO ORDERED**.

Dated: July 8, 2022

_____
SUSAN ILLSTON
United States District Judge