**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Ryan L. McBride, Esq. (SBN: 297557)
ryan@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive
Suite R108
St. George, UT 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*,
Gregory Franklin

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY FRANKLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 3:18-cv-03333-SI<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date**: August 26, 2022<br>**Time**: 10:00 a.m.<br>**Courtroom**: 1, 17th Floor<br>**Judge**: Hon. Susan Illston<br><br>Complaint Filed: June 5, 2018<br>FAC Filed: August 17, 2018 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the Plaintiff Gregory Franklin ("Plaintiff") will and hereby does move for final approval of a proposed class action settlement and certification of settlement class, pursuant to Fed. R. Civ. P. 23(b)(3) and 23(e), as well as Section 13 of the Settlement Agreement (Dkt. No. 154-3), on <u>August 26, 2022, at 10:00 a.m</u>., at the U.S. District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102, before the Hon. Susan Illston, Courtroom 1 – 17th Floor.

This motion is based on this Notice, the Memorandum of Points and Authorities, the Declarations and Exhibits thereto, the First Amended Complaint, the complete files and records in this action, and any evidence that may be presented at the hearing.

Dated: July 25, 2022                                  Respectfully submitted,

                                                                      **KAZEROUNI LAW GROUP, APC**

                                                                      By: <u>/s Abbas Kazerounian</u>
                                                                            ABBAS KAZEROUNIAN, ESQ.
                                                                            *Attorney for Plaintiff*